**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BOBBY RAY CLAYTON**                                                              **PLAINTIFF**

**V.**                              **CASE NO. 3:16-CV-00017-DPM-BD**

**CRAIGHEAD COUNTY
DETENTION CENTER, et al.**                                        **DEFENDANTS**

<u>**ORDER**</u>

Bobby Ray Clayton, an inmate at the Craighead County Detention Center, filed

this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #1)

Because Mr. Clayton's original complaint was flawed, the Court provided him an

opportunity to amend his complaint.  He has now filed his amended complaint.

Based on the allegations in Mr. Clayton's amended complaint, he has stated eighth

amendment deliberate-indifference claims against Defendants Dacus, Allison, Hall, and

Hicks.  Accordingly, service is now proper for those Defendants.

The Clerk of Court is directed to prepare summonses for Defendants Dacus,

Allison, Hall, and Hicks; the United States Marshal is directed to serve these Defendants

with copies of the complaint and the amended complaint, with attachments (#1, #5), and

with summonses.  Service for these Defendants should be through the Craighead County

Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401, without prepayment of

fees and costs or posting security.

Service is not proper for the Craighead County Detention Center.  Mr. Clayton's

claims against the Detention Center will be addressed in a separate order.

IT IS SO ORDERED this 11th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE