# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BOBBY RAY CLAYTON                                                                    PLAINTIFF

V.                              CASE NO. 3:16-CV-00017-DPM-BD

CRAIGHEAD COUNTY
DETENTION CENTER, et al.                                                           DEFENDANTS

## ORDER

Bobby Ray Clayton, an inmate at the Craighead County Detention Center ("Detention Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mr. Clayton is proceeding on eighth amendment deliberate-indifference claims against Defendants Dacus, Allison, Hall, and Hicks.

In his original complaint, Mr. Clayton named the Craighead County Detention Center as a Defendant. He has now filed an amended complaint, properly omitting the Detention Center as a Defendant and naming Defendants Dacus, Allison, Hall, and Hicks as parties. (#5) See *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) (county jail is not an entity subject to suit under § 1983).

The amended complaint supersedes the original complaint. Thus, Craighead County Detention Center is hereby dismissed as a Defendant. The Clerk of Court is directed to amend the docket sheet to reflect this change.

DATED this 11th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE