IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BOBBY RAY CLAYTON**                                                                                   **PLAINTIFF**

V.                                    **CASE NO. 3:16-CV-17-DPM-BD**

**CRAIGHEAD COUNTY**
**DETENTION CENTER, et al.**                                                                 **DEFENDANTS**

## ORDER

On May 2, 2016, Defendants moved to dismiss Mr. Clayton's claims against them based on Mr. Clayton's failure to respond to discovery requests. (Docket entry #22) On May 5, 2016, the Court ordered Mr. Clayton to respond to the Defendants' motion to dismiss and to provide the overdue discovery responses within fourteen days. (#23) In that May 5 Order, the Court also instructed the Defendants to notify the Court as to Mr. Clayton's compliance.

To date, the Defendants have not notified the Court as to whether Mr. Clayton complied with the May 5 Order. Defendants have seven days to notify the Court as to whether they intend to pursue their motion to compel.

So ordered, this 13th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE