**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BOBBY RAY CLAYTON**                                                   **PLAINTIFF**

**V.**                      **CASE NO. 3:16-CV-17-DPM-BD**

**CRAIGHEAD COUNTY
DETENTION CENTER, et al.**                                         **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Discussion:**

Bobby Ray Clayton, an inmate at the Craighead County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Defendants recently moved to dismiss Mr. Clayton's claims based on correspondence that

they received from Mr. Clayton requesting to withdraw this lawsuit.  (#22)  In the letter, Mr. Clayton explained that this lawsuit was actually filed by another inmate.  (#22-1)

Mr. Clayton has not responded to the Defendants' pending motion to dismiss and the time for doing so has passed.

### III.     Conclusion:

The Court recommends that the Defendants' motion to dismiss (#22) be GRANTED.  Mr. Clayton's claims should be DISMISSED, without prejudice.  The Defendants' pending motion for summary judgment and motion to compel (#16, #20) should be DENIED, as moot.

DATED this 15th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE