IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY RAY CLAYTON                                                PLAINTIFF

v.                              No. 3:16-cv-17-DPM

SCOTT DACUS, Jailer, Craighead County
Detention Center; ANDY ALLISON, Jailer,
CCDC; MATT HALL, Jail Administrator,
CCDC; and J. HICKS, Jail Administrator,
CCDC                                                             DEFENDANTS

ORDER

Unopposed recommendation, № 26, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Motion to dismiss, № 22, granted. Clayton's amended complaint will be dismissed without prejudice. Motions, № 16 & 20, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 July 2016