IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY RAY CLAYTON                                                    PLAINTIFF

v.                                    No. 3:16-cv-17-DPM

CRAIGHEAD COUNTY DETENTION CENTER;
SCOTT DACUS, Jailer, Craighead County
Detention Center; ANDY ALLISON, Jailer,
CCDC; MATT HALL, Jail Administrator,
CCDC; and J. HICKS, Jail Administrator,
CCDC                                                               DEFENDANTS

JUDGMENT

The amended complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____11 July 2016_____